TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00207-CR






Daniel Ray Mendez, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT


NO. 2001-114, HONORABLE DON B. MORGAN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Alexander L. Calhoun, is ordered to tender a brief in this cause no later than October 5, 2004. 
No further extension of time will be granted.

It is ordered August 19, 2004.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish